**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**

**Denise M. Lucks**
**Clerk of Court**

**M. Therese Bollerup**
**Chief Deputy Clerk**

Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
www.ned.uscourts.gov

Lincoln Office:
100 Centennial Mall North, Rm. 593
Lincoln, NE 68508-3803
(402) 437-5225
Fax: (402) 437-5651

June 12, 2007

Sue DeVetter
USDC - Nebraska

    Re:    4:07CR3016 - USA v. Jonatan R. Villegas-Medina
             Change of Plea Hearing held on 6/11/07

Dear Sue:

Enclosed is a CD to be transcribed pursuant to the request of Magistrate Judge David L. Piester.  Please send the invoice[1] to:

 Denise M. Lucks, Clerk, U.S. District Court, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

Also, enclosed are the following:

    ( )    Exhibit List(s)
    ( )    Witness List(s)
    ( )    Completed CJA 24 Voucher
    ( )    Other

Sincerely,

s/ Cathy J. Parrish
Deputy Clerk

Enclosure(s)

---

[1] Refer to Attachment 1 for additional information regarding payment.

Attachment 1

## INVOICE INFORMATION FOR TRANSCRIBERS

**Court**:  Payment for the transcript will be made by the court.

**CJA 24 Voucher**:  A CJA 24 form is a voucher for payment.  The voucher is submitted by a panel attorney appointed through the Criminal Justice Act.  When you receive a request for a transcript from a CJA appointed attorney, you will receive payment by completing box numbers 17, 18, 19, 20, and 21 on the CJA 24 form.  Once that is done, return the CJA 24 voucher to the attorney.  The attorney will complete box number 22, which certifies that the transcript was received.  The judge will then authorize payment by signing box 23 on the voucher.

**Retained Counsel**:  Payment for the transcript will be made by the requesting attorney.

**United States Attorney**:  Payment for the transcript will be made by the United States Attorney.

**Other**:  Send invoice to requestor.